IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:20-CV-1048-WKW ) [WO] |
| $389,820.00 IN UNITED STATES CURRENCY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

The United States's briefing mentions that Mr. Rodriguez Garth did not report any income through the Alabama Department of Industrial Relations in the approximately two years before his death. (Doc. # 45-1 at 7.) But the United States provides no explanation for why income, or the lack thereof, was not verified through the Internal Revenue Service or the Alabama Department of Revenue.

Accordingly, the United States is ORDERED to file supplemental briefing addressing this issue on or before December 1, 2022.

DONE this 18th day of November, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE